UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------X    Statement Pursuant
In re:                                              to Local Rule
    Mordechai David Levine,                    10(f)

        Debtor
---------------------------------------------X

        James Shenwick, an attorney duly admitted to practice in this court, states:

        1. That I am associated with Shenwick & Associates, attorney for the above said debtor(s).

        2. That prior to the filing of the petition herein, my firm rendered the following services to the above named debtor(s).

| DATE | SERVICES | TIME |
|---|---|---|
| 01/10/2006 | Conference with client to discuss filing Chapter 7 bankruptcy petition | 1.00 |
| 05/04/2006 | Paralegal met client, drafted bankruptcy petition, spoke with JHS, e-mailed client | 1.40 |
| 06/28/2006 | Paralegal spoke with JHS, revised client bankruptcy petition, wrote memorandum to JHS, spoke with client, e-mailed client re: missing information | 2.40 |
| 07/20/2006 | Paralegal reviewed fax from client, revised bankruptcy petition, wrote e-mail to client re remaining open issues | 2.10 |
| 09/07/2006 | Meeting with client to sign bankruptcy petition | 1.50 |

This is a summary of time on this matter.

        3.    That my usual rate of compensation on bankruptcy matters is on a per service basis, not an hourly basis.

Dated: September 18, 2006

                              /s/ James Shenwick
                              James Shenwick
                              Attorney for Debtor(s)